## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:20-CR-00181-BLW |
| | ) | |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| JAMES HESLEP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 14, 2020, Defendant appeared before the undersigned United States Magistrate Judge to enter two guilty pleas pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take his pleas. Defendant waived, on the record after being fully informed, his right to indictment, and consented to being charged by Information. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.   Further, the undersigned ordered a pre-sentence report.

Having conducted the guilty plea hearing and having inquired of Defendant and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for each of Defendant's pleas of guilty, and that each was entered voluntarily and with full knowledge of the consequences, and that each guilty plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report

**REPORT AND RECOMMENDATION - 1**

prepared by the United States Probation Office.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1.   The District Court accept Defendant's plea of guilty to Count 1 of the Information (Dkt. 26).

2.   The District Court accept Defendant's plea of guilty to Count 2 of the Information (Dkt. 26).

3.   The District Court order forfeiture consistent with Defendant's admission to the Criminal Forfeiture allegation in the Information (Dkt. 26) and detailed at pages 13-15 of the Plea Agreement (Dkt. 27), and as further described on the record in the plea hearing.

4.   The District Court continue Defendant's personal recognizance release pending sentencing.

Written objections to this Report and Recommendation must be filed within 14 days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **December 14, 2020**

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**REPORT AND RECOMMENDATION - 2**